24-7206

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

MICHAEL C. STERNBERG,

Plaintiff-Appellant,

v.

SHELLEY WARNECK, et al.

Defendants-Appellees.

ON APPEAL FROM THE UNITED STATE DISTRICT COURT FOR THE DISTRICT OF NEVADA (LAS VEGAS)
CASE NO. 2:23-CV-01466-APG-EJY

**DEFENDANT-APPELLEE STEVEN B. WOLFSON'S ANSWERING BRIEF**

STEVEN B. WOLFSON
Clark County District Attorney
TIMOTHY JAY ALLEN (Bar No. 14818)
Deputy District Attorney
500 South Grand Central Pkwy #5075
Las Vegas, NV 89155-2215
(702) 455-4761 (phone)
(702) 382-5178 (fax)
Timothy.Allen@ClarkCountyDANV.GOV
*Attorneys for Defendant-Appellee*
*Steven B. Wolfson*

# I. TABLE OF CONTENTS

PAGE

| | | |
|---|---|---|
| I. | TABLE OF CONTENTS | i |
| II. | TABLE OF AUTHORITIES | ii |
| III. | INTRODUCTION | 1 |
| IV. | JURISDICTIONAL STATEMENT | 3 |
| V. | STATEMENT OF THE ISSUE PRESENTED | 4 |
| VI. | STANDARD OF REVIEW | 4 |
| VII. | ARGUMENT | 5 |
| | A. The District Court's Denial Of The Preliminary Injunction Was Not an Abuse of Discretion | 5 |
| VIII. | CONCLUSION | 6 |
| IX. | CERTIFICATE OF COMPLIANCE WITH RULE 32(A) | 7 |
| X. | STATEMENT OF RELATED CASES | 8 |
| XI. | CERTIFICATE OF MAILING | 9 |

## II.     TABLE OF AUTHORITIES

**Cases**

*Baird v. Bonta*, 81 F.4th 1036, 1040 (9th Cir. 2023)……………..…………4,5
*International Franchise Ass'n, Inc. v. City of Seattle*, 803 F.3d 389, 398-399 (9th Cir. 2015)……………………………………………………………..………5
*Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20, 129 S. Ct. 365, 172 L.Ed.2d 249 (2008)……………………………………………………………….…….5

**Statutes**

28 U.S.C. § 1292...................................................................................................4
28 U.S.C. § 1331...................................................................................................3
28 U.S.C. § 1343...................................................................................................3
42 U.S.C. § 1983...................................................................................................3

**Rules**

Fed. R. App. P. 4(a) ..............................................................................................4

## III. INTRODUCTION

This appeal stems from an Order filed on October 14, 2024 (Appellant's Excerpts of Record, 1-ER-2-4), where the United States District Court, District of Nevada, denied Plaintiff-Appellant's Motions for Preliminary Injunction, Partial Summary Judgment and Declaratory Judgement (2-ER-112-121). Specifically, Plaintiff-Appellant's Motion for Preliminary Injunction (2-ER-105-111) requests a preliminary injunction blocking Steven B. Wolfson from enforcing "the void jurisdiction order" or "any order relying on the void jurisdictional order." (2-ER-110 ¶ 22-25). It is not totally clear how Steven B. Wolfson would "enforce" the "void order", but Plaintiff-Appellant is likely asking the district court to enjoin Steven B. Wolfson from prosecuting Plaintiff-Appellant in the future for being a fugitive based on the California bench warrant which Plaintiff-Appellant believes stems from the "void order."

The "void jurisdiction order" appears to be a reference to Judge Hayashi's August 7, 2019 order where she held that California would retain exclusive jurisdiction over the child custody case instead of the case being litigated in Nevada. (2-ER-268-271). However, while Plaintiff-Appellant calls the Jurisdictional Order "void" it is not because any court has already determined that the order is void. Plaintiff-Appellant was unsuccessful on trying to overturn Judge Hayashi's Jurisdiction Order through a direct appeal and brought this action in federal court in

-1-

Nevada to try to have the California Jurisdiction Order declared void. Plaintiff-Appellant argues that because the Jurisdiction Order is void that the resulting California custody order, California bench warrant for violating the custody order, arrest by the Nevada Attorney General agents, and prosecution for being a fugitive by the Clark County District Attorney, Steven B. Wolfson, are also void because they were in-part based on the Jurisdictional Order.

Plaintiff-Appellant alleges that the Nevada Attorney General agents Dave Monroe and Gina Lovero orchestrated his arrested on the California warrant that they knew had been obtained by fraud. (DktEntry 8.1, Appellant's Opening Brief, p. 10). Plaintiff-Appellant generally argues that all Nevada Defendants knew the California warrant had been obtained by fraud because Nevada law enforcement has been unable to produce a single document demonstrating that California warrants have any legal effect in Nevada. (Appellant's Opening Brief, p. 10, n. 8). Plaintiff-Appellant also alleges that the Clark County District Attorney, through Deputy District Attorney Caroline Morales filed a false sworn criminal complaint against him claiming he fled from justice from the State of California. (Appellant's Opening Brief, p. 11). Plaintiff-Appellant also alleges that Judge Eric Goodman refused to grant him bail for a period of two-weeks as the Judge for his fugitive prosecution. (Appellant's Opening Brief, p. 11).

Plaintiff-Appellant says that his goal in filing the instant Motion for Preliminary Injunction is to prevent another false arrest. (Appellant's Opening Brief, p. 13). Plaintiff-Appellant now argues that the District Court was incorrect in denying the instant Motion for Preliminary Injunction under the Rooker-Feldman doctrine. (Appellant's Opening Brief, p. 13). Clark County District Attorney Steven B. Wolfson believes that the District Court was correct in denying the Plaintiff-Appellant's Motion for Preliminary Injunction. Frist, Plaintiff-Appellant has failed to show he is likely to succeed on the merits of his claims against Steven B. Wolfson. Second, Plaintiff-Appellant has failed to show that he will be irreparably harmed if Steven B. Wolfson is not enjoined from enforcing the challenged order.

Accordingly, and based on the foregoing, Defendant-Appellee Clark County District Attorney Steven B. Wolfson requests the Court affirm the district court's denial of Plaintiff-Appellant's Motion for Preliminary Injunction.

## IV. JURISDICTIONAL STATEMENT

**A. Subject Matter Jurisdiction of the United States District Court.**

The United States District Court for the District of Nevada (Las Vegas) had subject matter over this case with respect to the alleged violations of 42 U.S.C. § 1983. The district court appropriately exercised jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

**B. Jurisdiction of the Ninth Circuit Court of Appeals regarding final Order or Judgment**

Pursuant to 28 U.S.C. § 1292(a)(1), the Ninth Circuit Court of Appeals has jurisdiction to review an order refusing injunctions issued by the United States District Court, District of Nevada.

### C. Timeliness of Appeal

The Order Denying Motions for Preliminary Injunction, Partial Summary Judgment, and Declaratory Judgment (1-ER-2-4) appealed from was entered November 14, 2024. The Notice of Appeal (3-ER-384) was filed and served on November 18, 2024. Pursuant to Fed. R. App. P. 4(a), the Notice of Appeal was timely.

## V. STATEMENT OF THE ISSUE PRESENTED

**A.** Whether the district court relied on an erroneous legal premise or abused its discretion in denying the motion for preliminary injunctive relief.

## VI. STANDARD OF REVIEW

Denial of a preliminary injunction is reviewed for abuse of discretion. *Baird v. Bonta*, 81 F.4th 1036, 1040 (9th Cir. 2023). "The appropriate legal standard to analyze a preliminary injunction motion requires a district court to determine whether a movant has established (1) he is likely to succeed on the merits of his claim, (2) he is likely to suffer irreparable harm absent the preliminary injunction, (3) the balance of equities tips in his favor, and (4) a preliminary injunction is in the

public interest." *Id.*; *see also Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20, 129 S. Ct. 365, 172 L.Ed.2d 249 (2008). The Court does not review the underlying merits of the case, but rather whether the district court relied on an erroneous legal premise and underlying legal principals are reviewed de novo. *International Franchise Ass'n, Inc. v. City of Seattle*, 803 F.3d 389, 398-399 (9th Cir. 2015).

## VII. ARGUMENT

### A. The District Court's Denial Of The Preliminary Injunction Was Not an Abuse of Discretion

Appellant failed to show that he is likely to succeed on the merits of his claims against Steven B. Wolfson. Steven B. Wolfson only acted as the elected official in charge of the Clark County District Attorney's Office in this case and is clearly protected by prosecutorial immunity. Thus, it was not an abuse of discretion for the District Court to deny the preliminary injunction against Steven B. Wolfson.

Second, Appellant failed to show that he will be irreparably harmed if Steven B. Wolfson is not enjoined from enforcing the challenged jurisdictional order. It is this Appellee's understanding that Appellant is not currently in possession of the subject children in Nevada in violation of any order issued by the California courts and there is no outstanding fugitive arrest warrant for Appellee. Thus, Appellee has failed to show that he is likely to be irreparably harmed in the future by Steven B. Wolfson.

## VIII. CONCLUSION

The district court properly denied the Motion for Preliminary Injunction against Steven B. Wolfson.

DATED this 23rd day of January, 2025.

        STEVEN B. WOLFSON
        DISTRICT ATTORNEY

        By: /s/ Timothy Allen
           TIMOTHY ALLEN
           Deputy District Attorney
           Nevada State Bar No. 014818
           500 South Grand Central Pkwy. 5th Flr.
           Las Vegas, Nevada 89155-2215
           Counsel for Defendant – Appellee
           Steven B. Wolfson

## IX. CERTIFICATE OF COMPLIANCE WITH RULE 32(A)

1. This document complies with the type-volume limitation set forth in Federal Rules of Appellate Procedure 32(a)(7)(B) because it contains 1,136 words.

2. This document complies with the typeface requirements of Federal Rules of Appellate Procedure 32(a)(5)(A) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using 14-point font.

DATED this 23rd day of January, 2025.

        STEVEN B. WOLFSON
        DISTRICT ATTORNEY

By: /s/ Timothy Allen
    TIMOTHY ALLEN
    Deputy District Attorney
    Nevada State Bar No. 014818
    500 South Grand Central Pkwy. 5th Flr.
    Las Vegas, Nevada 89155-2215
    Counsel for Defendant – Appellee
    Steven B. Wolfson

## X.   STATEMENT OF RELATED CASES

The undersigned, counsel for Defendants-Appellees, certifies that to the best of his knowledge there are no related appeals pending in this Court.

DATED this 23rd day of January, 2025.

                STEVEN B. WOLFSON
                DISTRICT ATTORNEY

                By: /s/ Timothy Allen
                    TIMOTHY ALLEN
                    Deputy District Attorney
                    Nevada State Bar No. 014818
                    500 South Grand Central Pkwy. 5th Flr.
                    Las Vegas, Nevada 89155-2215
                    Counsel for Defendant – Appellee
                    Steven B. Wolfson

## XI. CERTIFICATE OF MAILING

I hereby certify that I am an employee of the Clark County District Attorney's Office and that on this 23rd day of January, 2025, I served a copy of the above and foregoing **DEFENDANT-APPELLEE STEVEN B. WOLFSON'S ANSWERING BRIEF** by Ninth Circuit ECF electronic filing to:

Michael C. Sternberg
8545 W. Warm Springs Rd.
Ste A4 #256
Las Vegas, NV 89113
Sternberg_michael@yahoo.com
*Plaintiff-Appellant In Proper Person*

Marc J. Randazza, Esq.
Bar No. 12265
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Ste 100
Las Vegas, Nevada 89118
ecf@randazza.com
*Attorneys for Defendant-Appellee Shelly Warneck*

Claire T. Cornier,
Deputy County Counsel
Office of the County Counsel,
County of Santa Clara
70 West Hedding Street, 9th Fl, E. Wing
San Jose, California 95110-1705
clair.cormier@cco.sccgov.org
*Attorneys for Defendant-Appellee Jeff Rosen*

Iva K. Todorova (Bar No. 15827)
Marni Rubin Watkins (Bar No. 9674)
Office of Nevada Attorney General
1 State of Nevada Way, Ste 100
Las Vegas, Nevada 89119
itodorova@ag.nv.gov
mkwatkins@ag.nv.gov
*Attorneys for Defendants-Appellees Aaron D. Ford, William Scott, Gina Lovero, Brent Foster, Christine Jones Brady, Daniel Ulloa, and Dave Monroe*

Jennifer McMenomy
JEPSEN & McMENOMY
100 Vine Street
Reno, Nevada 89503
jennifer@mcmenonylaw.com
*Attorneys for Defendants-Appellees Vern Pierson, Brittany Griffith, Joseph Alexander, Rich Horn, and Tristan Aeschleman*

Thomas D. Dillard
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegs, Nevada 89129
tdillard@ocgas.com
*Consol Defendants-Appellees*

| | |
|---|---|
| Jennifer McMenomy<br>JEPSEN & McMENOMY<br>100 Vine Street<br>Reno, Nevada 89503<br>jennifer@mcmenonylaw.com<br>*Attorneys for Defendants-Appellees*<br>*Vern Pierson, Brittany Griffith, Joseph*<br>*Alexander, Rich Horn, and Tristan*<br>*Aeschleman* | Joseph P. Garin, Esq<br>Bar No. 6653<br>LIPSON & NEILSON, P.C.<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br>Jgarin@lipsonneilson.com<br>*Attorneys for Defendants-Appellees*<br>*Gina Policastri and Lonich Patton*<br>*Ehrlich Policastri, PC* |

/s/ Christine Wirt
An Employee of the Clark County District Attorney's Office – Civil Division